IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02339-AP

GARY A. KEMPER,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
GARY A. KEMPER
Pro Se Plaintiff
1714 Stover Street, Apt. 3-B
Fort Collins, CO 80525

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.** **Date Complaint Was Filed:** 11/07/07

    **B.** **Date Complaint Was Served on U.S. Attorney's Office:** 02/07/08

    **C.** **Date Answer and Administrative Record Were Filed:** 04/07/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **A.** **Plaintiff's Statement:** The administrative records appears complete.

    **B.** **Defendant's Statement:** There are no further issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **A.** **Plaintiff's Statement:** Plaintiff reserves the right to submit additional evidence.

    **B.** **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **A.** **Plaintiff's Statement:** Plaintiff is requesting emergency medical relief from a physician in Japan. *See* relief sought in Complaint.

    **B.** **Defendant's Statement:** This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

    **A.** **Plaintiff's Statement:** Please avoid international conflict.

    **B.** **Defendant's Statement:** None.

**8. BRIEFING SCHEDULE**

**A.** **Plaintiff's Opening Brief Due: May** 30, 2008

**B.** **Defendant's Response Brief Due:** August 1, 2008

**C.** **Plaintiff's Reply Brief (If Any) Due:** August 15, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.** **Plaintiff's Statement:** Oral Argument not requested.

**B.** **Defendant's Statement:** Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A.** **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.** **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 8th day of <u>May</u>, 2008.

BY THE COURT:

S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:


s/ Gary A. Kemper                       UNITED STATES ATTORNEY
GARY A. KEMPER
Pro Se Plaintiff                        TROY A. EID
1714 Stover Street, Apt. 3-B            United States Attorney
Fort Collins, CO 80525
                                        KEVIN TRASKOS
                                        Assistant United States Attorney
                                        Deputy Chief, Civil Division
                                        United States Attorney's Office
                                        District of Colorado
                                        kevin.traskos@usdoj.gov


                                        s/ Thomas H. Kraus
                                        By: THOMAS H. KRAUS
                                        Special Assistant U.S. Attorney
                                        1961 Stout St., Suite 1001A
                                        Denver, Colorado  80294
                                        Telephone: (303) 844-0017
                                        tom.kraus@ssa.gov

                                        Attorneys for Defendant